**Order entered May 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00565-CV

## IN RE SYDNEY OBERHEIDEN, Relator

**Original Proceeding from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-10037**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **DENY** as moot relator's motion for temporary relief. We **ORDER** relator to bear the costs of this original proceeding.

/s/    DOUGLAS S. LANG
           JUSTICE